JOHN T. PORTER, Respondent, v. MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Appellant.

(Submitted March 26, 1917; decided·April 3, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 152.)

---

ALOIS BAY et al., Respondents, v. MARIA A. O'BRIEN, Appellant.

*Bay* v. *O'Brien*, 163 App. Div. 891, affirmed.
(Argued March 12, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1914, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover damages for the alleged breach of a contract on the part of the defendant to convey certain lots with a building thereon to the plaintiffs in accordance with the terms and conditions of a certain option agreement entered into between the plaintiffs and defendant. Appellant claimed that the verdict rested wholly upon improper evidence of damages.

*Frederick Hulse* for appellant.

*Louis Scheuer* and *J. Solon Einsohn* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: CUDDEBACK, J.